IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| M. C., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-447-JO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ARCHDIOCESE OF PORTLAND IN OREGON, | ) | |
| | ) | |
| Defendant. | ) | |

JONES, Judge:

By Order entered March 15, 2007, this court withdrew the reference to the bankruptcy court of Claim No. 436, together with 22 other unresolved claims, for the limited purpose of estimating, pursuant to 11 U.S.C. § 502(c)(1), this claim for plan confirmation purposes.

On March 28, 2007, I issued a final Order estimating all unresolved claims and returning jurisdiction to the bankruptcy court. The March 28, 2007, Order is attached to this Order and is incorporated in full by this reference. This claim having been fully resolved,

IT IS HEREBY ORDERED that this district court case is closed.

DATED this 30th day of March, 2007.

/s/ Robert E. Jones
ROBERT E. JONES
U.S. District Judge